IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :
    Nicholas S. Duprez              :
                                   :
                                   :
                                   :   CASE NO. 25-70489
                                   :   CHAPTER 7
DEBTOR.                              :

## VERIFICATION

I, Nicholas S. Duprez, do herby state that copies of the 2023 and 2024 Income Tax Returns

and paystubs attached to the Petition and submitted to be in compliance with Local Rule 1007.4 are

the only documents I have currently available in my possession as proof of income for the three month

period immediately preceding the filing and for the years immediately preceding the bankruptcy filing.




/s/ Nicholas S. Duprez
Nicholas S. Duprez

**9:10**                       

| **View Paycheck** | ✕ |
|---|---|

Asplundh Tree Expert, LLC

**Tree Trimmer - Union**

|  |  |
|---|---|
| **Earnings** | $991.60 |
| **Taxes** | $187.73 |
| **Deductions** | $64.54 |
| **Net Pay** | $739.33 |
| **Payment Date** | 11/13/2025 |
| **Pay Begin Date** | 11/02/2025 |
| **Pay End Date** | 11/08/2025 |

| Paycheck Messages | > |
|---|---|
| Earnings | > |
| Taxes | > |
| Before-Tax Deductions | > |
| After-Tax Deductions | > |
| Employer Paid Benefits | > |
| Leave Balances | > |
| Net Pay Distribution | > |
| Paycheck Analytics | > |

portal1.utilservcorp.com





9:10

NDUPREZ @ HRPRD

Pay

**Paychecks**



| Check Date | Net Pay | |
|------------|---------|---|
| 11/13/2025 | $739.33 | > |
| 11/06/2025 | $739.35 | > |
| 10/30/2025 | $739.34 | > |
| 10/23/2025 | $555.39 | > |
| 10/16/2025 | $1124.18 | > |



portal1.utilservcorp.com

4:17 🔕    ▪▪▪▪ 5G  73

## View Paycheck    ⊗

Asplundh Tree Expert, LLC

**Tree Trimmer - Union**

| | |
|---|---|
| Earnings | $991.60 |
| Taxes | $187.72 |
| Deductions | $64.53 |
| Net Pay | $739.35 |
| | |
| Payment Date | 11/06/2025 |
| Pay Begin Date | 10/26/2025 |
| Pay End Date | 11/01/2025 |

| | |
|---|---|
| Paycheck Messages | › |
| Earnings | › |
| Taxes | › |
| Before-Tax Deductions | › |
| After-Tax Deductions | › |
| Employer Paid Benefits | › |
| Leave Balances | › |
| Net Pay Distribution | › |
| Paycheck Analytics | › |



portal1.utilservcorp.com

‹    ›    ⬆    📖    ⧉

4:17

..ll 5G

## View Paycheck ✕

Asplundh Tree Expert, LLC

Tree Trimmer - Union

| | |
|---|---|
| Earnings | $991.60 |
| Taxes | $187.73 |
| Deductions | $64.53 |
| Net Pay | $739.34 |
| | |
| Payment Date | 10/30/2025 |
| Pay Begin Date | 10/19/2025 |
| Pay End Date | 10/25/2025 |

Paycheck Messages                              >

Earnings                                       >

Taxes                                          >

Before-Tax Deductions                          >

After-Tax Deductions                           >

Employer Paid Benefits                         >

Leave Balances                                 >

Net Pay Distribution                           >

Paycheck Analytics                             >

portal1.utilservcorp.com



4:17

5G

**View Paycheck**   ✕

Asplundh Tree Expert, LLC

**Tree Trimmer - Union**

|  |  |
|---|---|
| **Earnings** | $743.70 |
| **Taxes** | $128.74 |
| **Deductions** | $59.57 |
| **Net Pay** | $555.39 |
| **Payment Date** | 10/23/2025 |
| **Pay Begin Date** | 10/12/2025 |
| **Pay End Date** | 10/18/2025 |

Paycheck Messages                    ›

Earnings                                      ›

Taxes                                          ›

Before-Tax Deductions              ›

After-Tax Deductions                ›

Employer Paid Benefits             ›

Leave Balances                          ›

Net Pay Distribution                  ›

Paycheck Analytics                    ›

portal1.utilservcorp.com



4:17

5G 73

**View Paycheck**                                    ×

Asplundh Tree Expert, LLC

**Tree Trimmer - Union**

| | |
|---:|:---|
| **Earnings** | $1,549.38 |
| **Taxes** | $349.51 |
| **Deductions** | $75.69 |
| **Net Pay** | $1,124.18 |
| **Payment Date** | 10/16/2025 |
| **Pay Begin Date** | 10/05/2025 |
| **Pay End Date** | 10/11/2025 |

Paycheck Messages >

Earnings >

Taxes >

Before-Tax Deductions >

After-Tax Deductions >

Employer Paid Benefits >

Leave Balances >

Net Pay Distribution >

Paycheck Analytics >

portal1.utilservcorp.com

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**  **2023**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ , 20 _____  See separate instructions.

| | |
|---|---|
| Your first name and middle initial **nicholas s** | Last name **Duprez** |

Your social security number |  |

| If joint return, spouse's first name and middle initial | Last name |
|---|---|

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. **318 S 2nd St** — Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. **Philipsburg** — State **PA** — ZIP code **168661708**

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: ☐ Were born before January 2, 1959 ☐ Are blind  Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here . . ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 52,150. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) . . 1i | | |
| z | Add lines 1a through 1h | 1z | 52,150. |
| 2a | Tax-exempt interest . . 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends . . 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions . . 4a | b Taxable amount . | 4b | |
| 5a | Pensions and annuities . 5a | b Taxable amount . | 5b | |
| 6a | Social security benefits . 6a | b Taxable amount . | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) . . . . . . . . ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ☐ | 7 | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | 8 | 0. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 52,150. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 52,150. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 13,850. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 13,850. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** . . . . | 15 | 38,300. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)

Form 1040 (2023)                                                                                                    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ . . | **16** | 4,379. |
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . | **17** | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . | **18** | 4,379. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 . . . . . | **19** | |
| | 20 | Amount from Schedule 3, line 8 . . . . . . . . | **20** | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . | **21** | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . | **22** | 4,379. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . | **23** | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . | **24** | 4,379. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . | **25a** 4,528. | |
| | b | Form(s) 1099 . . . . . . . . . . . | **25b** | |
| | c | Other forms (see instructions) . . . . . . . | **25c** | |
| | d | Add lines 25a through 25c . . . . . . . . . | **25d** | 4,528. |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return . . . | **26** | |
| | 27 | Earned income credit (EIC) . . . . . . . | **27** | |
| | 28 | Additional child tax credit from Schedule 8812 . . . | **28** | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . | **29** | |
| | 30 | Reserved for future use . . . . . . . | **30** | |
| | 31 | Amount from Schedule 3, line 15 . . . . . . | **31** | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** . . | **32** | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . | **33** | 4,528. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . | **34** | 149. |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here . . . ☐ | **35a** | 149. |
| *Direct deposit? See instructions.* | b | Routing number [ _____ ]   c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number [ _____ ] | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** . . . | **36** | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions . . . | **37** | |
| | 38 | Estimated tax penalty (see instructions) . . . . . | **38** | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . ☐ Yes. Complete below.   ☒ No | | |
| | | Designee's name | Phone no. | Personal identification number (PIN) |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date | Your occupation<br>Foreman | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|---|
| *Joint return? See instructions. Keep a copy for your records.* | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no.   (814) 369-0296 | Email address | | |

| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name   Self-Prepared | | | Phone no. | |
| | Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.      BAA      REV 02/11/24 Intuit.cg.cfp.sp      Form **1040** (2023)

## PA-40 - 2023
## Pennsylvania Income Tax Return
### ENTER ONE LETTER OR NUMBER IN EACH BOX (04-23)

DUPREZ

NICHOLAS       S   Occupation   FOREMAN

                   Occupation

318 S 2ND ST

PHILIPSBURG          PA    16866

      814-369-0296          17700

| | | |
|---|---|---|
| N | Extension.  N | Amended Return. |
| R | Residency Status. PA Resident/Nonresident/Part-Year Resident | |
| | from | to |
| S | Single, Married/Filing Jointly, Married/Filing Separately, Final Return | |
| N | Deceased | |
| N | Taxpayer Date of Death | |
| N | Spouse Date of Death | |
| N | Farmers. | |
| | School District Name PHILIPSBURG 0 | |

| | | |
|---|---|---|
| 1a | Gross Compensation. Do not include exempt income, such as combat zone pay and qualifying retirement benefits. See the instructions. | 1a | 52150 |
| 1b | Unreimbursed Employee Business Expenses. | 1b | 1460 |
| 1c | Net Compensation. Subtract Line 1b from Line 1a. | 1c | 50690 |
| 2 | Interest Income. Complete PA Schedule A if required. | 2 | 0 |
| 3 | Dividend and Capital Gains Distributions Income. Complete PA Schedule B if required. | 3 | 0 |
| 4 | Net Income or Loss from the Operation of a Business, Profession or Farm. | 4 | 0 |
| 5 | Net Gain or Loss from the Sale, Exchange or Disposition of Property. | 5 | 0 |
| 6 | Net Income or Loss from Rents, Royalties, Patents or Copyrights. | 6 | 0 |
| 7 | Estate or Trust Income. Complete and submit PA Schedule J. | 7 | 0 |
| 8 | Gambling and Lottery Winnings. Complete and submit PA Schedule T. | 8 | 0 |
| 9 | Total PA Taxable Income. Add only the positive income amounts from Lines 1c, 2, 3, 4, 5, 6, 7 and 8. DO NOT ADD any losses reported on Lines 4, 5 or 6. | 9 | 50690 |
| 10 | Other Deductions. Enter the appropriate code for the type of deduction. N See the instructions for additional information. | 10 | 0 |
| 11 | Adjusted PA Taxable Income. Subtract Line 10 from Line 9. | 11 | 50690 |

1555    REV 02/01/24 INTUIT.CG.CFP.SP

**Page 1 of 2**





| EC | OFFICIAL USE ONLY | FC |
|---|---|---|

**PA-40 - 2023**
Social Security Number

Name(s)  NICHOLAS S DUPREZ

| | | |
|---|---|---|
| 12 | **PA Tax Liability.** Multiply Line 11 by 3.07 percent (0.0307). | 12 | 1556 |
| 13 | Total PA Tax Withheld. See the instructions. | 13 | 1601 |
| 14 | Credit from your 2022 PA Income Tax return. | 14 | 0 |
| 15 | 2023 Estimated Installment Payments. REV-459B included.   N | 15 | 0 |
| 16 | 2023 Extension Payment. | 16 | 0 |
| 17 | Nonresident Tax Withheld from your PA Schedule(s) NRK-1. (Nonresidents only) | 17 | 0 |
| 18 | **Total Estimated Payments and Credits.** Add Lines 14, 15, 16 and 17. | 18 | 0 |

**Tax Forgiveness Credit. Submit PA Schedule SP.**

| | |
|---|---|
| 19a | Filing Status:    **01 Unmarried or Separated    02 Married    03 Deceased** | 19a | 00 |
| 19b | Dependents, Section II, Line 2, **PA Schedule SP** | 19b | 00 |
| 20 | Total Eligibility Income from Section III, Line 11, PA Schedule SP. | 20 | 0 |
| 21 | **Tax Forgiveness Credit** from Section IV, Line 16, PA Schedule SP. | 21 | 0 |
| 22 | Resident Credit. Submit your **PA Schedule(s) G-L** and/or **RK-1.** | 22 | 0 |
| 23 | Total Other Credits. Submit your **PA Schedule OC** and/or **PA Schedule DC.** | 23 | 0 |
| 24 | **TOTAL PAYMENTS and CREDITS.** Add Lines 13, 18, 21, 22 and 23. | 24 | 1601 |
| 25 | **USE TAX.** Due on internet, mail order or out-of-state purchases. See instructions. | 25 | 0 |
| 26 | **TAX DUE.** If the total of Line 12 and Line 25 is more than Line 24, enter the difference here. | 26 | 0 |
| 27 | Penalties and Interest. See the instructions.        Enter Code:          If including form REV-1630/REV-1630A, mark the box.   N | 27 | 0 |
| 28 | **TOTAL PAYMENT DUE.** See the instructions. | 28 | 0 |
| 29 | **OVERPAYMENT.** If Line 24 is more than the total of Line 12, Line 25 and Line 27, enter the difference here. | 29 | 45 |
| | **The total of Lines 30 through 36 must equal Line 29.** | | |
| 30 | **Refund** – Amount of Line 29 you want as a check mailed to you.        **REFUND** | 30 | 45 |
| 31 | **Credit** – Amount of Line 29 you want as a credit to your 2024 estimated account. | 31 | 0 |
| 32 | Refund donation line. Enter the organization code and donation amount. See instructions. | 32 | |
| 33 | Refund donation line. Enter the organization code and donation amount. See instructions. | 33 | |
| 34 | Refund donation line. Enter the organization code and donation amount. See instructions. | 34 | |
| 35 | Refund donation line. Enter the organization code and donation amount. See instructions. | 35 | |
| 36 | Refund donation line. Enter the organization code and donation amount. See instructions. | 36 | |

Signature(s). Under penalties of perjury, I (we) declare that I (we) have examined this return, including all
accompanying schedules and statements, and to the best of my (our) belief, they are true, correct, and complete.

| Your Signature | Spouse's Signature, if filing jointly |
|---|---|

| Preparer's Name and Telephone Number | | Date |
|---|---|---|
| SELF-PREPARED | | |

E-File Opt Out        N

Firm FEIN
Preparer's PTIN

1555    REV 02/01/24 INTUIT.CG.CFP.SP

**Page 2 of 2**



2300215338

**PA SCHEDULE UE - 2023**
**Allowable Employee Business Expenses**
PA-40 UE (12–23)
**PA Department of Revenue**

NICHOLAS S DUPREZ
ASPLUNDH TREE EXPERT LLC
708 BLAIR MILL ROAD

WILLOW GROVE          PA    19090
VEGETATION MANAGEMENT

**CAUTION:** You must complete a separate schedule for each job or position. Spouses may not file joint PA Schedule(s) UE.

**SECTION I – Direct Employee Business Expenses.**

1. **Union dues.** List union name(s) and amount(s) paid. Enter the total. Submit additional sheets, if needed.
   Name of union(s) and amount(s).    LOCAL 1919 .............................................................. 0
2. **Work clothes and uniforms.** Needed for your employment and not suitable for everyday use.
   Description:    WORK CLOTHES .......................................................... 500
3. **Small tools and supplies.** Needed for your employment and not provided by your employer.
   Description:    SMALL TOOLS, WRITING SUPPLIES ...................... 250
4. **Professional license fees, malpractice insurance and fidelity bond premiums.** Required as a condition of your employment.
   Description: .................................................................................. 0
5. **Total Direct Employee Business Expenses.** Add Lines 1 through 4. .............. 750

**SECTION II – Business Travel Expenses.**
**Vehicle Expenses: Standard Mileage Rate.**

6. Enter your total business miles                    and multiply by the federal standard mileage rate. .... 0

**Vehicle Expenses: Actual Vehicle Expenses.**

7a. Total vehicle miles driven in 2023.
7b. Total business miles driven in 2023.
7c. Business use ratio. Divide Line 7b by Line 7a. See the Instructions.
8a. Gasoline, oil, repairs, vehicle insurance, vehicle rentals, etc.
8b. Depreciation. See the Instructions.
9. Total vehicle expenses. Add Lines 8a and 8b.
10. Allowable Actual Vehicle Expenses. Multiply Line 9 by Line 7c.

**Other Business Travel Expenses.**

11. **Parking fees, tolls and transportation.** ........................................ 0
12. **Travel expenses while away from home overnight.** ......................... 0
13. **Meals expense.** ....................................................................... 0
14. **Entertainment expenses.** ......................................................... 0
15. **Total Business Travel Expenses.** Add Lines 6 or 10 and Lines 11, 12, 13 and 14. .... 0

**SECTION III – Miscellaneous Expenses.** Itemize your additional expenses.

See Miscellaneous Expenses .................................................. 710
16. **Total Miscellaneous Expenses.** ............................................... 710

**Total Allowable PA Employee Business Expenses.** You must account for reimbursements, if any.

A. Direct Expenses from Line 5. ...................................................... 750
B. Business Travel Expenses from Line 15. ........................................ 0
C. Miscellaneous Expenses from Line 16. .......................................... 710
D. Office or Work Area Expenses from Line 17, on Side 2. ...................... 0
E. Moving Expenses from Line 20, on Side 2. ..................................... 0
F. Education Expenses from Line 24, on Side 2. ................................... 0
G. Total Depreciation Expenses from Line 25, on Side 2. ........................ 0
H. Total Allowable Employee Business Expenses. Add Lines A through G. ..... 1460
I. Reimbursements. See the instructions. .......................................... 0
J. Net expense or reimbursement. Subtract Line I from Line H. Enter the difference, and: .... 1460
   If Line H is MORE than Line I, include on Line 1b, on your PA-40.
   If Line I is MORE than Line H, include the excess on Line 1a, on your PA-40.
   Nonresidents and part-year residents may also need to complete PA Schedule NRH. See instructions.



2301718447

**PA SCHEDULE UE - 2023**
**Allowable Employee Business Expenses**
**PA-40 UE (12—23)**
**PA Department of Revenue**

NICHOLAS S DUPREZ

**SECTION IV – Office or Work Area Expenses.** You must answer ALL three questions or the Department will disallow your expenses.

D1.  Does your employer require you to maintain a suitable work area away from the employer's premises?     N

D2.  Is this work area the principal place where you perform the duties of your employment?     N

D3.  Do you use this work area regularly and exclusively to perform the duties of your employment?     N

If you answer YES to ALL three questions, continue. If you answer NO to ANY question, you may not claim office or work area expenses.

**Actual Office or Work Area Expenses.** Enter expenses for the entire year and then calculate the business portion.

    a.  Depreciation expense (homeowners only)     0

    b.  Real estate taxes.     0

    c.  Mortgage interest (homeowners only)     0

    d.  Utilities.        Sales Tax License Number:     0

    e.  Property insurance.     0

    f.  Property maintenance expenses from statement. See the instructions.     0

    g.  Other apportionable expenses from statement. See the instructions.     0

    h.  Rent (renters only).     0

    i.  **Total.** Add Lines a through h. Enter the total here.     0

    j.  **Business percentage of property.** Divide the total square footage of your work area by the total square

        footage of your entire property. Round to 2 decimal places.

    k.  **Apportioned expenses.** Multiply Line i by the percentage on Line j.     0

    l.  Total office supplies from statement. See the instructions.     0

17.  **Total Office or Work Area Expenses.** Add Lines k and l.

**SECTION V – Moving Expenses.**

**Distance Test.**

E1.  Enter the number of miles from your old home to your new workplace.

E2.  Enter the number of miles from your old home to your old workplace.

E3.  Subtract Line E2 from Line E1 and enter the difference.

      If Line E3 is 35 miles or more, continue. If it is not at least 35 miles, you may not claim any moving expenses.

18.  Transportation expenses in moving household goods and personal effects.     0

19.  Travel, meals, and lodging expenses during the actual move from your old home to your new home.     0

20.  **Total Moving Expenses.** Add Lines 18 and 19.     0

**SECTION VI – Education Expenses.** You must answer ALL three questions or the Department will disallow your expenses.

F1.  Did your employer (or law) require that you obtain this education to retain your present position or job?     Y

      If you answer YES, continue. If you answer NO, you may not claim education expenses.

F2.  Did you need this education to meet the entry level or minimum requirements to obtain your job?     N

F3.  Will this education, program or course of study qualify you for a new business or profession?     Y

If you answer NO to questions F2 and F3, continue. If you answer YES to either question, you may not claim education expenses.

Name of college, university or educational institution:

Course of study:

21.  Tuition or fees.     0

22.  Course materials.     0

23   Travel expenses.     0

24.  **Total Education Expenses.** Add Lines 21 through 23.     0

**SECTION VII – Depreciation Expenses.** PA law does not allow any federal bonus depreciation and follows the amount allowable by the IRC Section 179.

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation method | (e) Section 179 expense | (f) Depreciation expenses |
|---|---|---|---|---|---|

25.  **Total Depreciation Expenses.** Add the amounts from columns (e) and (f).     0



2301818452       2301818452

nicholas S Duprez                                                                                    1

# Additional Information From 2023 Pennsylvania Tax Return

**PA Sch UE: Employee Business Expenses**

**Miscellaneous Expenses**                                                   **Continuation Statement**

| Description | Amount |
|---|---|
| WORK BOOTS | 300 |
| HI-VIZ SHIRTS | 160 |
| CHAINSAW PANTS | 250 |
| **Total** | 710 |

**Form 1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**  **2024**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| nicholas s | Duprez | |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

318 S 2nd St

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code

Philipsburg    PA    168661708

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☒ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes    ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent    ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1960  ☐ Are blind    **Spouse:**  ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here . . ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| Lilliana E  Duprez | | Daughter | ☒ | ☐ |
| Vivienne O  Duprez | | Daughter | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** | 60,025. |
| b | Household employee wages not reported on Form(s) W-2 | **1b** | |
| c | Tip income not reported on line 1a (see instructions) | **1c** | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** | |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** | |
| g | Wages from Form 8919, line 6 | **1g** | |
| h | Other earned income (see instructions) | **1h** | 0. |
| i | Nontaxable combat pay election (see instructions) . . . . 1i | | |
| z | Add lines 1a through 1h | **1z** | 60,025. |

Attach Sch. B if required.

| | | |
|---|---|---|
| 2a | Tax-exempt interest . . . **2a** | b Taxable interest . . . . | **2b** | |
| 3a | Qualified dividends . . . **3a** | b Ordinary dividends . . . | **3b** | |
| 4a | IRA distributions . . . **4a** | b Taxable amount . . . . | **4b** | |
| 5a | Pensions and annuities . . **5a** | b Taxable amount . . . . | **5b** | |
| 6a | Social security benefits . . **6a** | b Taxable amount . . . . | **6b** | |
| c | If you elect to use the lump-sum election method, check here (see instructions) . . ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ☐ | **7** | |

**Standard Deduction for—**
• Single or Married filing separately, $14,600
• Married filing jointly or Qualifying surviving spouse, $29,200
• Head of household, $21,900
• If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | **8** | 2,965. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** | 62,990. |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** | 62,990. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | **12** | 21,900. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** | |
| 14 | Add lines 12 and 13 | **14** | 21,900. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** | 41,090. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2024)

**Form 1040 (2024)** Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 4,598. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 4,598. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 4,000. |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 4,000. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 598. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 598. |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 6,812. | |
| | b | Form(s) 1099 | 25b | 295. | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 7,107. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | 26 | |
| | 27 | Earned income credit (EIC) ...No | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 7,107. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 6,509. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | 6,509. |
| Direct deposit? See instructions. | b | Routing number | c Type: ☒ Checking ☐ Savings | | |
| | d | Account number | | | |
| | 36 | Amount of line 34 you want applied to your **2025 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS? See instructions ☐ Yes. Complete below.  ☒ No

Designee's name _____ Phone no. _____ Personal identification number (PIN) _____

**Sign Here** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation Foreman _____ If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both must sign.** Date _____ Spouse's occupation _____ If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. _____ Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name Self-Prepared | | | Phone no. | |
| Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 02/22/25 Intuit.cg.cfp.sp   Form **1040** (2024)

| SCHEDULE 1<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | Additional Income and Adjustments to Income<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2024**<br>Attachment<br>Sequence No. **01** |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR<br>nicholas s Duprez | Your social security number |
|---|---|

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal
items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the
nature of the transaction. See *www.irs.gov/1099k*.

**Part I    Additional Income**

| | | | | |
|---|---|---|---|---|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | **1** | | 0. |
| **2a** | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | | |
| **b** | Date of original divorce or separation agreement (see instructions): _____ | | | |
| **3** | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | **3** | | |
| **4** | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | **4** | | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | **5** | | |
| **6** | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | **6** | | |
| **7** | Unemployment compensation . . . . . . . . . . . . . . . . . . . | **7** | | 2,965. |
| **8** | Other income: | | | |
| **a** | Net operating loss . . . . . . . . . . . . . | **8a** ( ) | | |
| **b** | Gambling . . . . . . . . . . . . . . . . | **8b** | | |
| **c** | Cancellation of debt . . . . . . . . . . . . . | **8c** | | |
| **d** | Foreign earned income exclusion from Form 2555 . . . . | **8d** ( ) | | |
| **e** | Income from Form 8853 . . . . . . . . . . . . | **8e** | | |
| **f** | Income from Form 8889 . . . . . . . . . . . . | **8f** | | |
| **g** | Alaska Permanent Fund dividends . . . . . . . . . | **8g** | | |
| **h** | Jury duty pay . . . . . . . . . . . . . . . | **8h** | | |
| **i** | Prizes and awards . . . . . . . . . . . . . . | **8i** | | |
| **j** | Activity not engaged in for profit income . . . . . . . | **8j** | | |
| **k** | Stock options . . . . . . . . . . . . . . . | **8k** | | |
| **l** | Income from the rental of personal property if you engaged in the rental for<br>profit but were not in the business of renting such property . . . . | **8l** | | |
| **m** | Olympic and Paralympic medals and USOC prize money (see instructions) . | **8m** | | |
| **n** | Section 951(a) inclusion (see instructions) . . . . . . . | **8n** | | |
| **o** | Section 951A(a) inclusion (see instructions) . . . . . . . | **8o** | | |
| **p** | Section 461(l) excess business loss adjustment . . . . . . | **8p** | | |
| **q** | Taxable distributions from an ABLE account (see instructions) . . . . | **8q** | | |
| **r** | Scholarship and fellowship grants not reported on Form W-2 . . . . | **8r** | | |
| **s** | Nontaxable amount of Medicaid waiver payments included on Form 1040, line<br>1a or 1d . . . . . . . . . . . . . . . . | **8s** ( ) | | |
| **t** | Pension or annuity from a nonqualifed deferred compensation plan or a<br>nongovernmental section 457 plan . . . . . . . . . | **8t** | | |
| **u** | Wages earned while incarcerated . . . . . . . . . . | **8u** | | |
| **v** | Digital assets received as ordinary income not reported elsewhere. See<br>instructions . . . . . . . . . . . . . . . | **8v** | | |
| **z** | Other income. List type and amount: _____<br>_____ | **8z** | | |
| **9** | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . | **9** | | |
| **10** | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040,<br>1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . . | **10** | | 2,965. |

For Paperwork Reduction Act Notice, see your tax return instructions.                                    Schedule 1 (Form 1040) 2024

Schedule 1 (Form 1040) 2024

Page **2**

## Part II    Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . . | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . _____ | | |
| c | Date of original divorce or separation agreement (see instructions): _____ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . . . | 24c | |
| d | Reforestation amortization and expenses . . . . . . . . | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . . | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: _____ _____ | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . . . . . . . . . . . . . | 26 | |

BAA    REV 02/22/25 Intuit.cg.cfp.sp    Schedule 1 (Form 1040) 2024

| SCHEDULE 8812 (Form 1040) | **Credits for Qualifying Children and Other Dependents** | OMB No. 1545-0074 |
|---|---|---|
| | Attach to Form 1040, 1040-SR, or 1040-NR. | **2024** |
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | Attachment Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| nicholas s Duprez | |

## Part I    Child Tax Credit and Credit for Other Dependents

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR . . . . . . . . . | **1** | | 62,990. |
| 2a | Enter income from Puerto Rico that you excluded . . . . . | **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 . . . . | **2b** | 0. | |
| c | Enter the amount from line 15 of your Form 4563 . . . . . | **2c** | | |
| d | Add lines 2a through 2c . . . . . . . . . . . . . . . | **2d** | | 0. |
| 3 | Add lines 1 and 2d . . . . . . . . . . . . . . . . . | **3** | | 62,990. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4** | 2 | |
| 5 | Multiply line 4 by $2,000 . . . . . . . . . . . . . . . | **5** | | 4,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number . . . . . . . . | **6** | 0 | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Add lines 5 and 7 . . . . . . . . . . . . . . . . . | **8** | | 4,000. |
| 9 | Enter the amount shown below for your filing status. | | | |
| | • Married filing jointly—$400,000 } | | | |
| | • All other filing statuses—$200,000 } . . . . . . . | **9** | | 200,000. |
| 10 | Subtract line 9 from line 3. | | | |
| | • If zero or less, enter -0-. | | | |
| | • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. . . . . . . . | **10** | | 0. |
| 11 | Multiply line 10 by 5% (0.05) . . . . . . . . . . . . . | **11** | | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? . . . . . . . . . . . . | **12** | | 4,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27. | | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** . . . . . | **13** | | 4,598. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** . . . . . Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19. | **14** | | 4,000. |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit**
on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27
(also complete Schedule 3, line 11) before completing Part II-A.

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see your tax return instructions. | BAA    REV 02/22/25 Intuit.cg.cfp.sp | Schedule 8812 (Form 1040) 2024 |

Schedule 8812 (Form 1040) 2024                                            Page **2**

**Part II-A**   **Additional Child Tax Credit for All Filers**

Caution: If you file Form 2555, you cannot claim the additional child tax credit.

| | | |
|---|---|---|
| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . ☐ | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . . . | **16a** 0. |
| b | Number of qualifying children under age 17 with the required social security number: _____ x $1,700. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . | **16b** |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . . | **17** |
| 18a | Earned income (see instructions) . . . . . . . . . . . . **18a** | |
| b | Nontaxable combat pay (see instructions) . . . . . . **18b** | |
| 19 | Is the amount on line 18a more than $2,500? | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | |
| | ☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . . **19** | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . | **20** |
| | **Next.** On line 16b, is the amount $5,100 or more? | |
| | ☐ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | |

**Part II-B**   **Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico**

| | | |
|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions . . . . . . **21** | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . **22** | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . . . **23** | |
| 24 | **1040 and** | |
| | **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. | |
| | **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11.    **24** | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . | **25** |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . . | **26** |
| | **Next,** enter the **smaller** of line 17 or line 26 on line 27. | |

**Part II-C**   **Additional Child Tax Credit**

| | | |
|---|---|---|
| 27 | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** . | **27** |

BAA      REV 02/22/25 Intuit.cg.cfp.sp          Schedule 8812 (Form 1040) 2024

## PA-40 - 2024
### Pennsylvania Income Tax Return
ENTER ONE LETTER OR NUMBER IN EACH BOX (08-24)

DUPREZ

NICHOLAS            S    Occupation    FOREMAN

                         Occupation

318 S 2ND ST

PHILIPSBURG              PA      16866

      814-369-0296              17700

| | | |
|---|---|---|
| N | Extension. | N | Amended Return. |
| R | Residency Status. PA Resident/Nonresident/Part-Year Resident from        to | | |
| S | Single, Married/Filing Jointly, Married/Filing Separately, Final Return | | |
| N | Deceased | | |
| N | Taxpayer Date of Death | | |
| N | Spouse Date of Death | | |
| N | Farmers. | | |

School District Name PHILIPSBURG  0

| | | |
|---|---|---|
| 1a | Gross Compensation. Do not include exempt income, such as combat zone pay and qualifying retirement benefits. See the instructions. | 1a | 60025 |
| 1b | Unreimbursed Employee Business Expenses. | 1b | 0 |
| 1c | Net Compensation. Subtract Line 1b from Line 1a. | 1c | 60025 |
| 2 | Interest Income. Complete PA Schedule A if required. | 2 | 0 |
| 3 | Dividend and Capital Gains Distributions Income. Complete PA Schedule B if required. | 3 | 0 |
| 4 | Net Income or Loss from the Operation of a Business, Profession, or Farm. | 4 | 0 |
| 5 | Net Gain or Loss from the Sale, Exchange, or Disposition of Property. | 5 | 0 |
| 6 | Net Income or Loss from Rents, Royalties, Patents, or Copyrights. | 6 | 0 |
| 7 | Estate or Trust Income. Complete and submit PA Schedule J. | 7 | 0 |
| 8 | Gambling and Lottery Winnings. Complete and submit PA Schedule T. | 8 | 0 |
| 9 | Total PA Taxable Income. Add only the positive income amounts from Lines 1c, 2, 3, 4, 5, 6, 7, and 8. DO NOT ADD any losses reported on Lines 4, 5, or 6. | 9 | 60025 |
| 10 | Other Deductions. Enter the appropriate code for the type of deduction.  N  See the instructions for additional information. | 10 | 0 |
| 11 | Adjusted PA Taxable Income. Subtract Line 10 from Line 9. | 11 | 60025 |

1555     REV 02/01/25 INTUIT.CG.CFP.SP

### Page 1 of 2



| EC | OFFICIAL USE ONLY | FC |
|---|---|---|
| | | |



2400111320

**PA-40 - 2024**

Social Security Number

Name(s)  NICHOLAS S DUPREZ

| | | |
|---|---|---|
| 12  **PA Tax Liability. Multiply Line 11 by 3.07 percent (0.0307).** | 12 | 1843 |
| 13  Total PA Tax Withheld. See the instructions. | 13 | 2138 |
| | | |
| 14  Credit from your 2023 PA Income Tax return. | 14 | 0 |
| 15  2024 Estimated Installment Payments.  REV-459B included. | 15 | 0 |
| 16  2024 Extension Payment. | 16 | 0 |
| 17  Nonresident Tax Withheld from your PA Schedule(s) NRK-1. (Nonresidents only) | 17 | 0 |
| 18  **Total Estimated Payments and Credits.** Add Lines 14, 15, 16, and 17. | 18 | 0 |

15  ... N

**Tax Forgiveness Credit.  Submit PA Schedule SP.**

| | | |
|---|---|---|
| 19a  Filing Status:    **01 Unmarried or Separated      02 Married      03 Deceased** | 19a | 00 |
| 19b  Dependents, Section II, Line 2, **PA Schedule SP** | 19b | 00 |
| 20  Total Eligibility Income from Section III, Line 11, PA Schedule SP. | 20 | 0 |
| 21  **Tax Forgiveness Credit** from Section IV, Line 16, PA Schedule SP. | 21 | 0 |
| | | |
| 22  Resident Credit. Submit your PA Schedule(s) G-L and/or RK-1. | 22 | 0 |
| 23  Total Other Credits. Submit your **PA Schedule OC** and/or PA Schedule DC. | 23 | 0 |
| 24  **TOTAL PAYMENTS and CREDITS.** Add Lines 13, 18, 21, 22, and 23. | 24 | 2138 |
| 25  **USE TAX.** Due on internet, mail order, or out-of-state purchases. See instructions. | 25 | 0 |
| 26  **TAX DUE.** If the total of Line 12 and Line 25 is more than line 24, enter the difference here. | 26 | 0 |
| 27  Penalties and Interest. See the instructions.          Enter Code: | 27 | 0 |

If including form REV-1630/REV-1630A, mark the box.     N

| | | |
|---|---|---|
| 28  **TOTAL PAYMENT DUE.** See the instructions. | 28 | 0 |
| 29  **OVERPAYMENT.** If Line 24 is more than the total of Line 12, Line 25, and Line 27, enter the difference here. | 29 | 295 |

**The total of Lines 30 through 36 must equal Line 29.**

| | | |
|---|---|---|
| 30  Refund – Amount of Line 29 you want as a check mailed to you.          REFUND | 30 | 0 |
| 31  **Credit** – Amount of Line 29 you want as a credit to your 2025 estimated account. | 31 | 295 |
| | | |
| 32  Refund donation line.  Enter the organization code and donation amount. See instructions. | 32 | |
| 33  Refund donation line.  Enter the organization code and donation amount. See instructions. | 33 | |
| 34  Refund donation line.  Enter the organization code and donation amount. See instructions. | 34 | |
| 35  Refund donation line.  Enter the organization code and donation amount. See instructions. | 35 | |
| 36  Refund donation line.  Enter the organization code and donation amount. See instructions. | 36 | |

Signature(s). Under penalties of perjury, I (we) declare that I (we) have examined this return, including all accompanying schedules and statements, and to the best of my (our) belief, they are true, correct, and complete.

Your Signature                          Spouse's Signature, if filing jointly

Preparer's Name and Telephone Number              Date
SELF-PREPARED

E-File Opt Out                          N

Firm FEIN
Preparer's PTIN

     1555      REV 02/01/25 INTUIT.CG.CFP.SP

**Page 2 of 2**



2400211336