DEFAULT O/E JAD

```
                                                                FILED
                                                                12/10/25 4:30 pm
              IN THE UNITED STATES BANKRUPTCY COURT             CLERK
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA          U.S. BANKRUPTCY
                                                                COURT - WDPA
```

| | |
|---|---|
| IN RE: | : |
| | : |
| NICHOLAS S. DUPREZ | : CASE NO. 25-70489 |
| | : |
| Debtor | : CHAPTER 13 |
| | : |
| | : Document No.: 11 |
| NICHOLAS S. DUPREZ | : |
| | : Hearing Date and Time: |
| | : December 16, 2025 |
| Movant | : 10:00 a.m. |
| | : |
| | : |
| NICHOLAS S. DUPREZ | : |
| | : |
| Respondent | : |
| U.S. TRUSTEE | |

## ORDER

AND NOW, this __10th__ day of _____December_____, 2025, upon consideration of Debtor's Motion to Transfer Case to the Middle District of Pennsylvania, it is hereby ORDERED, ADJUDGED and DECREED that case number 25-70489 shall be transferred to the Middle District of Pennsylvania.

BY THE COURT :

_____jsf_____ J.

Jeffery A. Deller

U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-70489-JAD |
| Nicholas S. Duprez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 13, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Debtor Nicholas S. Duprez tgraffius@lhrklaw.com mbotteicher@lhrklaw.com |

TOTAL: 4