## DEFAULT O/E JAD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Nicholas S. Duprez, | : | **Bankruptcy No. 25-70489-JAD** |
| | : | FILED |
| Debtor, | : | 2/26/26 11:53 am |
| | : | CLERK |
| | : **Chapter 13** | U.S. BANKRUPTCY |
| Nicholas S. Duprez | : | COURT - WDPA |
| | : | |
| Movant, | : | |
| v. | : | Doc. #33 |
| | : | |
| | : | |
| No Respondent | : | |
| Respondent (if none, then "No Respondent") | : | |

ORDER

AND NOW, this ___26th___ day of ___February___, 2026, upon consideration of
Debtor's Motion to Reopen Bankruptcy Case for the purpose of filing an Amended Motion for
Wage Attachment and a Motion to Disperse Funds to the Trustee for the Middle District of
Pennsylvania, it is hereby ORDERED that Case Number 25-70489 is hereby REOPENED.

BY THE COURT:

_____ jsf _____ J.

Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-70489-JAD

Nicholas S. Duprez Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 2

Date Rcvd: Feb 26, 2026 Form ID: pdf900 Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708 |
| 16609846 | + | SAMS CLUB, 2101 S.E. Simple Savings Drive, Bentonville, AR 72716-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2026 00:28:23 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16609837 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 27 2026 00:17:00 | Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, Philadelphia, PA 19170-0001 |
| 16609838 | | Email/Text: bankruptcy@cavps.com | Feb 27 2026 00:17:00 | Calvary Portfolio Services, LLC, PO Box 27288, Tempe, AZ 85285 |
| 16609839 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:17:00 | Comenity Bank, ATTN: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 16609840 | | Email/Text: mrdiscen@discover.com | Feb 27 2026 00:16:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 16609841 | + | Email/Text: bkservices@frf1.com | Feb 27 2026 00:17:00 | Freedom Road Financial, 10509 Professional Cir S, Reno, NV 89521-4883 |
| 16609842 | ^ | MEBN | Feb 27 2026 00:10:51 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16609843 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2026 00:17:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 16609844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:30 | Lowes, c/o Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |
| 16609845 | | Email/Text: bankruptcynotices@psecu.com | Feb 27 2026 00:17:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-7                    User: auto                              Page 2 of 2
Date Rcvd: Feb 26, 2026                 Form ID: pdf900                          Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Debtor Nicholas S. Duprez tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com |

TOTAL: 4