**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/26/26 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| NICHOLAS S. DUPREZ | ,: | CASE NO. 25-70489 |
| | : | |
| | : | CHAPTER 13 |
| Debtor | : | |
| | : | Document No.: 31 |
| NICHOLAS S. DUPREZ | ,: | |
| | : | Hearing Date and Time: |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| NICHOLAS S. DUPREZ | : | |
| | : | |
| Respondent | : | |
| U.S. TRUSTEE | | |

## ORDER

The above named Debtor having filed a Motion to Disperse Funds to the Middle District of Pennsylvania;

It is therefore ORDERED and DECREED that the Trustee for the Western District of Pennsylvania, Rhonda Winnecour shall disperse funds being held in the above captioned case to the Trustee for the Middle District of Pennsylvania, Jack N. Zaharopoulos forthwith.

BY THE COURT :

Dated: February 26, 2026 _____jsf_____J.

Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Nicholas S. Duprez

    Debtor

Case No. 25-70489-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: auto          Page 1 of 1

Date Rcvd: Feb 26, 2026          Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID**           **Recipient Name and Address**
db            + Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Matthew Fissel

         on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

         cmecf@chapter13trusteewdpa.com

Terry L. Graffius

         on behalf of Debtor Nicholas S. Duprez tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com

TOTAL: 4