## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
Nicholas S. Duprez,                             :    Bankruptcy No. 25-70489-JAD
                                                :
                        Debtor,                 :
                                                :    **Chapter 13**          FILED
Nicholas S. Duprez                              :                            2/26/26 12:02 pm
                                                :                            CLERK
                        Movant,                 :    Doc. # 28               U.S. BANKRUPTCY
            v.                                  :                            COURT - WDPA
                                                :
Asplundh                                        :
                                                :
                        Respondent.             :

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 Petition and Debtor(s) or Trustee

having moved to attach wages to fund the Chapter 13 Plan:

**IT IS, THEREFORE, ORDERED** that until further Order of this Court, the entity from

which the Debtor receives income:

### Asplundh
### 708 Blair Mill Road
### Willow Grove, PA  19090

shall deduct from that income the sum of $333.92, (choose one: weekly, ~~biweekly, monthly, other~~ ) beginning on

the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter,

including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation,

termination, or other benefit arising out of present or past employment, or from any other benefits payable

to the Debtor, and shall remit the deducted sums **ON AT LEAST A MONTHLY BASIS to:**

**Jack N. Zaharopoulos**
**Bankruptcy Trustee, M.D.P.A.**
**P.O. Box 6008**
**Memphis, TN  38101-6008**

(1) the Debtor is paid biweekly, and the monthly plan payment is $1,430.00.

(2) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

(3) the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security Number on the Respondent.  Debtor shall file a Certificate of Service regarding service of the Order and local form, but the Social Security Number shall not be included in the certificate.

(4) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to Debtor in accordance with usual payment procedures.

(5) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(6) this Order supersedes previous Orders made to the Respondent in this case.

(7) the Respondent shall not charge any fee to the Debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

(8) that the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full plan

payments to Trustee may result in the dismissal of the case after notice and hearing.

Employers and others who fail to withhold funds and pay them over to the Trustee as

ordered herein may be subject to sanctions including damages to Debtor and this estate.

DATED this __26th___ day of _____February__, _2026___.

Jeffery A. Deller,
U.S. Bankruptcy Judge

**PAWB Local Form 11 (11/21)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 25-70489-JAD

Nicholas S. Duprez                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID               Recipient Name and Address**
db               + Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Matthew Fissel
                  on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

Terry L. Graffius
                  on behalf of Debtor Nicholas S. Duprez tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com

TOTAL: 4