**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/2/26 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:                              :
                                    :
Nicholas S. Duprez,                 :    **Bankruptcy No. 25-70489-JAD**
                                    :
                 **Debtor,**        :
                                    :    **Chapter 13**
Nicholas S. Duprez.                 :
                                    :
                 **Movant,**        :    Doc. # 41

## ORDER

AND NOW, to wit, this __2nd__ day of __March_____, 2026, it is hereby

ORDERED, ADJUDGED and DECREED that the Order attaching Debtor's wages dated

December 2, 2025 and February 26, 2026 are hereby TERMINATED.

BY THE COURT:

_____ J.
                        jsf

Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 25-70489-JAD

Nicholas S. Duprez                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID                       Recipient Name and Address**
db                     + Nicholas S. Duprez, 318 South 2nd Street, Philipsburg, PA 16866-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

**Name                              Email Address**

Matthew Fissel
                       on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                       cmecf@chapter13trusteewdpa.com

Terry L. Graffius
                       on behalf of Debtor Nicholas S. Duprez tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com

TOTAL: 4